United States District Court
Southern District of Texas
**ENTERED**
February 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA ALEJANDRA ALVARADO on Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>BIG BANG ENTERPRISES, INC., and THE RETAIL OUTSOURCE,<br><br>  Defendants. | CIVIL ACTION NO. 4:15-CV-02126 |

### ORDER

On this day came on to be considered the Parties' Joint Motion to Approve Confidential Settlement and to Dismiss Case with Prejudice. The Court hereby approves the settlement and grants the Parties' joint motion.

Plaintiff Maria Alejandra Alvarado brought this case on behalf of herself and others similarly situated on July 23, 2015 to recover wages allegedly owed to them by Defendant Big Bang Enterprises, Inc. ("Defendant") pursuant to the Fair Labor Standards Act ("FLSA"). (Dkt. No. 1). Twenty-five Opt-In Plaintiffs joined this lawsuit by filing a Notice of Consent with this Court. Five Opt-In Plaintiffs later withdrew their consent forms after learning that their claims were time-barred. (Dkt. No. 27). Each Opt-In Plaintiff authorized Alvarado, as the Named Plaintiff, to make decisions concerning the litigation on the Opt-In Plaintiff's behalf, and agreed to be bound by the Named Plaintiff's settlement decisions. (*See, e.g.*, Dkt. No. 2-1).

The Parties have notified the Court that they have agreed to a Confidential Settlement Agreement and Release; that the Named Plaintiff has approved the settlement on behalf of herself and the Opt-In Plaintiffs; that Class Counsel and the Named Plaintiff believe the terms of the

settlement are fair, reasonable, and in the best interests of the Opt-In Plaintiffs; and that each of the Opt-In Plaintiffs Plaintiff and each of the Opt-In Plaintiffs will receive a fair and reasonable recovery, even after attorneys' fees and expenses are deducted, given Defendant's significant factual and legal grounds for defending this action, the uncertainty of a favorable judgment, and the inherent delay in recovering damages through litigation. In exchange for the consideration given to Plaintiff and the Opt-In Plaintiffs, Plaintiff and the Opt-In Plaintiffs release Defendant, any current or former subsidiary, parent company, affiliated entity, related entity, successor, assign, or division of Defendant, any of its and their current or former officers, directors, trustees, agents, employees, shareholders, representatives, advisors, insurers, attorneys, or employee benefit or welfare program or plan, from any and all claims that were or could have been alleged in the Lawsuit arising from or related to the Class Members' alleged entitlement to unpaid wages, overtime, damages, benefits, penalties, attorneys' fees, or costs under the Fair Labor Standards Act. This release includes any claims arising under the Fair Labor Standards Act and all other local, state, or federal laws relating to wage and hour compensation, including wage and hour claims under the common law, statutes, regulations, ordinances, or equitable principles.

The Court finds that the settlement is fair and reasonable. The Court gives final approval to and orders that payment be made to Plaintiff and the Opt-In Plaintiffs in accordance with the terms of the Agreement. It is further ordered that this lawsuit is dismissed with prejudice to refilling same. All costs and attorneys' fees are taxed against the party incurring same. This is a final order.

Without affecting the finality of this Order in any way, this Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Order.

Signed this 23rd day of Feb., 2016.

_____
U.S. District Judge

FPDOCS 31463926.1                                    2